UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BARBARA MARTINEZ )<br>    Plaintiff )<br>)<br>v. )<br>)<br>HOFFMAN OF WEST SIMSBURY, INC. D/B/A )<br>HOFFMAN TOYOTA, AND NUTMEG STATE )<br>FEDERAL CREDIT UNION )<br>    Defendants )<br>_____) | CASE NO.:<br>3:14-CV-00613-MPS<br><br><br><br><br><br><br>NOVEMBER 18, 2014 |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), the plaintiff, Barbara Martinez, through her attorney, and the defendants, Hoffman of West Simsbury, Inc. dba Hoffman Toyota, and Nutmeg State Federal Credit Union, through their attorneys, hereby stipulate that the plaintiff's claims shall be dismissed with prejudice and without costs or attorney's fees.

                          PLAINTIFF, BARBARA MARTINEZ

                          By: /s/ *Daniel S. Blinn*
                              Daniel S. Blinn (ct02188)
                              dblinn@consumerlawgroup.com
                              Consumer Law Group, LLC
                              35 Cold Spring Rd. Suite 512
                              Rocky Hill, CT  06067
                              Tel. (860) 571-0408
                              Fax (860) 571-7457

DEFENDANT, HOFFMAN OF WEST
SIMSBURY, INC. D/B/A HOFFMAN TOYOTA,

By: /s/ *Kevin J. Greene* .
    Kevin J. Greene (ct16742)
    Halloran & Sage LLP
    One Goodwin Square
    225 Asylum Street
    Hartford, CT 06103
    Tel.:  (860) 297-4670
    Fax:  (860) 548-0006
    greene@halloran-sage.com


DEFENDANT, NUTMEG STATE FEDERAL
CREDIT UNION,

By: /s/ *Scott Dellaventura* .
    Scott Dellaventura (ct27075)
    Tobin Melien & Marohn
    45 Court Street
    New Haven, CT 06511
    Tel.:  (203) 777-6660
    Fax.: (203) 777-1817
    sdellaventura@tobinandmelien.com


## CERTIFICATION

    I hereby certify that on this 18th day of November, 2014, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


    /s/ Daniel S. Blinn
    Daniel S. Blinn